# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156168(24)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CHRISTIEN DEMARLO MARTIN,
   Defendant-Appellant.
_____/

SC: 156168
COA: 336764
Washtenaw CC: 14-000493-FC

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on October 16, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



Clerk